# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAMONT MONTY TOBY JACOBS

      v.

THE DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5327RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

That thirty days have passed since the Order Adopting the Report and Recommendation was entered on August 1, 208, and the filing fee has not been paid.

   IT IS ORDERED that this cause is **DISMISSED**.

| September 19, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |